**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ronald Minnich<br>&<br>Carrie A. Minnich aka Carrie A. Smith<br><u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 17-22432 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

    Respectfully submitted,

    **/s/ James C. Warmbrodt, Esquire**
    James C. Warmbrodt, Esquire
    jwarmbrodt@kmllawgroup.com
    Attorney I.D. No. 42524
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    Phone: (215)-627-1322

    Attorney for Movant/Applicant