# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-22432-CMB |
|    Ronald Minnich and | ) | |
|    Carrie A. Minnich, | ) | Chapter 13 |
|                       Debtors. | ) | |
|    Carrie A. Minnich, | ) | |
| | ) | Related to Document No. |
|                       Movant, | ) | |
|       v. | ) | Hearing Date and Time: |
| | ) | |
|    Bank of America, | ) | |
|                     Respondent. | ) | |

## CERTIFICATE OF SERVICE

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served Loss Mitigation Order dated July 25, 2017 on the following parties at the addresses listed below on July 27, 2017, via electronic mail and/or first class mail postage prepaid:

Bank of America  
7105 Corporate Drive  
Plano, TX  75024

Rebecca A. Solarz, Esquire  
KML LAW GROUP, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
*Attorney for Bank of America*

Ronda J. Winnecour, Esquire  
Office of Chapter 13 Trustee  
3250 USX Tower  
600 Grant Street  
Pittsburgh, PA 15219

Office of U.S. Trustee  
970 Liberty Center  
1001 Liberty Avenue  
Pittsburgh, PA 15222

Date: July 27, 2017        By:        /s/Amy L. Zema  
                                                               Amy L. Zema, Esquire  
                                                               PA ID 74701  
                                                              2366 Golden Mile Hwy., #155  
                                                              Pittsburgh, PA 15239  
                                                               (412) 744-4450  
                                                               amy@zemalawoffice.com