## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-22432-CMB |
| RONALD MINNICH, | : | |
| CARRIE A. MINNICH, | : | |
|     Debtor(s) | : | |
| | : | Chapter 13 |
| | : | |
| RONALD MINNICH, | : | |
|     Movant, | : | Motion No. X WO-1 |
| v. | : | Motion No. ☐ WO-2 |
| | : | |
| | : | Document No. |
| | : | |
| NO RESPONDENTS, | : | Related to Document No. |
| Respondents | : | |

## **CERTIFICATE OF SERVICE**

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on September 7, 2017, via first class mail postage prepaid:

**Westmoreland Mechanical Testing and Research, Payroll Dept., Box 388, Youngstown, PA 15696**

Executed on:   September 7, 2017

    s/Amy L. Zema
    Amy L. Zema, Esquire
    PA ID 74701
    2366 Golden Mile Highway, #155
    Pittsburgh, PA 15239
    412-744-4450
    *Attorney for Debtor*