IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Ronald Minnich and<br>    Carrie A. Minnich,<br>                    Debtors.<br>Carrie A. Minnich,<br><br>                Movant,<br>    v.<br><br>    Bank of America,<br>                Respondent. | Bankruptcy No. 17-22432-CMB<br><br>Chapter 13<br><br><br>Related to Document No. 36<br><br>Hearing Date and Time: |

### ORDER

A *Loss Mitigation Order* dated July 25, 2017, was entered in the above matter at Document No. 28. On September 5, 2017, a *Motion to Terminate the Loss Mitigation Program* was filed by Carrie A. Minnich at Document No. 35.

AND NOW, this 15th day of September, 20 17, it is hereby ORDERED, ADJUDGED AND DECREED that the loss mitigation program in this case is *terminated*, *effective* Sept. 15, 20 17, and the Final Report is due seven (7) days thereafter pursuant to W.PA.LBR 9020-4(f).

United States Bankruptcy Judge    dms

FILED
9/15/17 2:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ronald Minnich  
Carrie A. Minnich  
    Debtors

Case No. 17-22432-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Sep 15, 2017  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2017.  
db/jdb        +Ronald Minnich,    Carrie A. Minnich,    126 Irving Avenue,    Latrobe, PA 15650-2934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2017 at the address(es) listed below:
- Amy L. Zema    on behalf of Debtor Ronald Minnich amy@zemalawoffice.com
- Amy L. Zema    on behalf of Joint Debtor Carrie A. Minnich amy@zemalawoffice.com
- James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
- Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
- Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
- S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

       TOTAL: 6