# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-22432-CMB |
| RONALD MINNICH, | : | |
| CARRIE A. MINNICH, | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| | : | |
| RONALD MINNICH, | : | |
| Movant, | : | Motion No. X WO-1 |
| v. | : | Motion No. ☐ WO-2 |
| | : | |
| | : | Document No. |
| | : | |
| NO RESPONDENTS, | : | Related to Document No. |
| Respondents | : | |

## **CERTIFICATE OF SERVICE**

I, Amy L. Zema, Esquire, certify under penalty of perjury that I served the Wage Attachment Order dated December 13, 2017 and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on December 13, 2017, via first class mail postage prepaid:

**Westmoreland Mechanical Testing and Research, Payroll Dept., Box 388, Youngstown, PA 15696**

Executed on:   December 13, 2017

                                                            s/Amy L. Zema
                                                            Amy L. Zema, Esquire
                                                            PA ID 74701
                                                            2366 Golden Mile Highway, #155
                                                            Pittsburgh, PA 15239
                                                            412-744-4450
                                                            *Attorney for Debtor*