**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Ronald Minnich<br>Carrie A. Minnich<br>　　　　　　　　　Debtors<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br><br>　　　　　　　　　Movant<br>　vs.<br><br>Bank of America, N.A.<br>　　　　　　　　　Respondent | NO. 17-22432 CMB<br><br>CHAPTER 13<br><br>Related to Document No. 70  & 73 |

**STIPULATION AND ORDER AS TO TRUSTEE'S MOTION TO COMPEL AND FOR SANCTIONS**

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Bank of America, N.A., filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges on December 26, 2017 listing fees and expenses totaling $1,150.00; and

WHEREAS, the Chapter 13 Trustee filed a Motion to Preclude Postpetition Mortgage Fees, Expenses, and Charges on December 21, 2018; and

WHEREAS, the court entered an order on February 1, 2019 disallowing Respondent's fees and charges and requiring Respondent to provide proof of the removal of the disallowed charges from Debtors' account; and

WHEREAS, the Chapter 13 Trustee has filed a motion to compel and for sanctions to enforce the court's order of February 1, 2019; and

WHEREAS, Respondent has provided to the Chapter 13 Trustee and on May 23, 2019 filed proof of the removal of the disallowed fees and charges from Debtors' account, consisting of a notarized affidavit, a loan history, and a payoff statement (Doc. 72);

It is therefore Stipulated and agreed as follows:

1.      Carrington Mortgage Services LLC, as the current servicer of the loan and as Bank of America, N.A.'s, sub-servicer, shall pay to the Chapter 13 Trustee counsel fees in the amount of $250.00 which fees shall be payable within thirty (30) days from the entry of the order approving this Stipulation.

2.      Respondent shall not add any fees or other charges to the debtors' account in connection with any response to the Trustee's motion, for attending any hearing in this matter, or for otherwise complying with this Stipulation and Order.

3.      Based upon the Respondent's representations and stipulations, the Chapter 13 Trustee hereby withdraws the motion to compel and for sanctions.

4.      The hearing in this matter scheduled for July 2, 2019 at 11:00 a.m. is cancelled, and no further responsive pleadings in this matter shall be required.

Consented to by:

*/s/ Ronda J. Winnecour*  
Ronda J. Winnecour, Esquire  
Chapter 13 Trustee  
US Steel Tower-Suite 3250  
Pittsburgh, PA  15219  
rwinnecour@chapter13trusteewdpa.com

*/s/ James C. Warmbrodt, Esquire*  
James C. Warmbrodt, Esquire  
Attorney for Respondent  
KML Law Group, P.C.  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
jwarmbrodt@kmllawgroup.com

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

Carlota M. Böhm  
Chief United States Bankruptcy Court Judge

FILED  
6/18/19 1:24 pm  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 17-22432-CMB
Ronald Minnich                                                   Chapter 13
Carrie A. Minnich
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1                  Date Rcvd: Jun 18, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
db/jdb         +Ronald Minnich,    Carrie A. Minnich,   126 Irving Avenue,   Latrobe, PA 15650-2934

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
              Amy L. Zema    on behalf of Debtor Ronald  Minnich amy@zemalawoffice.com
              Amy L. Zema    on behalf of Joint Debtor Carrie A. Minnich amy@zemalawoffice.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERVICES,
               LLC bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Carrington Mortgage Services, LLC as servicer for BANK
               OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas I. Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@goldbecklaw.com,
               BKGroup@goldbecklaw.com
                                                                                              TOTAL: 9