**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/04/2022

IN RE:

RONALD MINNICH
CARRIE A. MINNICH
126 IRVING AVENUE
LATROBE, PA 15650
XXX-XX-3846        Debtor(s)

XXX-XX-8500

Case No.17-22432 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/4/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  WALMART/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 9093 |
| **BANK OF AMERICA NA\***<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA  92806 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4LMT*BGN 7/17*LMP TERM*FR BANK OF AMERICA-D56 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9505 |
| **BYRIDER FINANCE D/B/A CNAC**<br>ATTN BANKRUPTCY DEPT<br>12802 HAMILTON CROSSING BLVD<br>CARMEL, IN  46032 | Trustee Claim Number:3   INT %:  4.00%<br>Court Claim Number:1<br>CLAIM:  14,997.40<br>COMMENT:  CL-PL@4%MDF/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 7487 |
| **LIEPOLD HARRISON & ASSOCIATES PLLC**<br>1425 GREENWAY DR STE 250<br>IRVING, TX  75038 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  BOA CARRINGTON | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **BERKS CREDIT & COLLECTIONS INC\*++**<br>PO BOX 329<br>TEMPLE, PA  19560 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6035 |
| **CITY OF LATROBE SANITATION**<br>POB 829<br>LATROBE, PA  15650 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  481.80<br>COMMENT:  $@SLNT%/PL*17/PL*TRASH*007684/002947 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 2947 |
| **AT & T MOBILITY II LLC**<br>C/O AT & T SERVICES INC<br>ONE AT & T WAY RM 3A104<br>BEDMINSTER, NJ  07921 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  891.56<br>COMMENT:  X3979/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7174 |
| **NEW CENTURY FINANCIAL SERVICES INC**<br>C/O PRESSLER FELT & WARSHAW LLP<br>7 ENTIN RD<br>PARSIPPANY, NJ  07054 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  40.69<br>COMMENT:  X8500/SCH*CREDIT ONE BANK*JUDGMENT*6%/FACE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7917 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL  32256-7412 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CELLULAR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8500 |
| **EXCELLA HEALTH**<br>121 W 2ND AVE<br>LATROBE, PA  15650 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3846 |

| Creditor | Trustee Claim / Court Claim | CRED DESC / Account | Claim / Comment |
|---|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** <br> PO BOX 772813 <br> CHICAGO, IL 60677-2813 | Trustee Claim Number:11 INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8500 | CLAIM: 0.00 <br> COMMENT: |
| **KAY JEWELERS** <br> POB 1799 <br> AKRON, OH 44309-1799 | Trustee Claim Number:12 INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8500 | CLAIM: 0.00 <br> COMMENT: |
| **MIDLAND CREDIT MANAGEMENT INC** <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number:13 INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8500 | CLAIM: 0.00 <br> COMMENT: |
| **NORTHWEST CONSUMER DISCOUNT CO**** <br> 100 LIBERTY ST <br> PO BOX 337 <br> WARREN, PA 16365 | Trustee Claim Number:14 INT %: 0.00% <br> Court Claim Number:3 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 3622 | CLAIM: 2,120.52 <br> COMMENT: X3846/SCH*VRFY PAYEE + POD |
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number:15 INT %: 0.00% <br> Court Claim Number:6 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4547 | CLAIM: 650.98 <br> COMMENT: |
| **PRA AG FUNDING LLC** <br> C/O PORTFOLIO RECOVERY ASSOC <br> 120 CORPORATE BLVD STE 100 <br> NORFOLK, VA 23502 | Trustee Claim Number:16 INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 8500 | CLAIM: 0.00 <br> COMMENT: |
| **SOUTHERN CA** <br> 2420 PROFESSIONAL <br> ROCKY MOUNT, NC 27804 | Trustee Claim Number:17 INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0359 | CLAIM: 0.00 <br> COMMENT: LATROBE WSTMRLND EMRGNCY/SCH |
| **SOUTHERN CA** <br> 2420 PROFESSIONAL <br> ROCKY MOUNT, NC 27804 | Trustee Claim Number:18 INT %: 0.00% <br> Court Claim Number: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2081 | CLAIM: 0.00 <br> COMMENT: |
| **MIDLAND FUNDING LLC** <br> C/O MIDLAND CREDIT MANAGEMENT INC - AGENT <br> PO BOX 2011 <br> WARREN, MI 48090 | Trustee Claim Number:19 INT %: 0.00% <br> Court Claim Number:7 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9093 | CLAIM: 244.09 <br> COMMENT: X8500/SCH*SYNCHRONY*WALMART |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number:20 INT %: 0.00% <br> Court Claim Number:9 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 7638 | CLAIM: 494.00 <br> COMMENT: X8500/SCH*SYNCHRONY*TOYS R US |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 279.07<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8500 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,169.12<br>COMMENT: X3846/SCH*CHG OFF 5/23/2017 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **WESTMORELAND EM MED SPECIALISTS PC**<br>C/O THE DOCTOR BILL<br>PO BOX 23419<br>JACKSONVILLE, FL 32241 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0050 |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 310.00<br>COMMENT: FEES/PL | CRED DESC: FILING FEES<br>ACCOUNT NO.: 17-22432-CMB |
| **BANK OF AMERICA NA****<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 04<br>CLAIM: 0.00<br>COMMENT: LMP TERM*DK*FR BANK OF AM-DOC 56 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9505 |
| **BANK OF AMERICA NA****<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 5,595.10<br>COMMENT: $CL-PL*THRU 6/17*LMP TERM*FR BANK OF AM-DOC 56 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9505 |
| **BANK OF AMERICA NA****<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 0.00<br>COMMENT: DISALLWD/DOE~CL=1150*STIP OE~NTC PP FEE/EXP**FR BANK OF AMERICA-D56 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 9505 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CARRINGTON~BOA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |