Certificate Number: 12433-PAW-DE-036581143

Bankruptcy Case Number: 17-22432



12433-PAW-DE-036581143

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 28, 2022, at 4:35 o'clock PM EDT, Ronald Minnich completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   May 30, 2022                    By:    /s/Lisa Susoev

                                        Name:  Lisa Susoev

                                        Title: Teacher