**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 17-22432-CMB |
| Ronald Minnich and | ) | |
| Carrie A. Minnich, | ) | |
| | ) | Chapter 13 |
| Debtors. | ) | : |
| | ) | Document No. |

**DEBTORS' CERTIFICATION OF COMPLIANCE**
**WITH PROVISIONS OF 11 U.S.C. SECTION 1328**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On October 27, 2021, at docket numbers 83 and 84, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the forms.

This Certification is being signed under penalty of perjury by undersigned counsel who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Date: 8/27/2022

s/Amy L. Zema
Amy L. Zema, Esquire
PA ID: 74701
2366 Golden Mile Hwy. #155
Pittsburgh, PA 15239
412-744-4450
amy@zemalawoffice.com
Attorney for Debtors