**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Ronald Minnich**
**Carrie A. Minnich**
**aka Carrie A. Smith**
    Debtor(s)

Bankruptcy Case No.: 17−22432−CMB

Chapter: 13
Docket No.: 91 − 90

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 25th of August, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/11/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/8/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/11/22.**

                                                    Carlota M. Bohm
                                                    United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ronald Minnich  
Carrie A. Minnich  
    Debtors

Case No. 17-22432-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Aug 25, 2022     Form ID: 408v     Total Noticed: 33

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Minnich, Carrie A. Minnich, 126 Irving Avenue, Latrobe, PA 15650-2934 |
| 14642973 | + | City of Latrobe, PO box 829, Latrobe, PA 15650-0829 |
| 14642978 | + | Excella Health, 134 Industrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |
| 14642981 | + | KML Law Group, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14642983 | + | Northwest Consumer Discount Company, 5927 Ropute 981, Stuite 3, PO box 983, Latrobe, PA 15650-0983 |
| 14642984 | + | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14642985 | | Portfolio Recovery Associates, 120 Corporate Blvd., Cumberland, MD 21502 |
| 14642986 | + | Southern CR Adjusters, 2420 Professional, Rocky Mount, NC 27804-2253 |
| 14642988 | + | SynchbToysrus, PO box 965036, Orlando, FL 32896-5036 |
| 14642991 | + | Westmoreland EM Med Spec., PO Box 1348, Indiana, PA 15701-5348 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 25 2022 23:38:00 | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| 14715946 | + | Email/Text: g20956@att.com | Aug 25 2022 23:39:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14642971 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 25 2022 23:38:00 | Bank of America, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 14642970 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 25 2022 23:38:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14898777 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 25 2022 23:38:00 | Bank of America, N.A., C/O Carrington Mortgage Services, LLC, PO BOX 3730, Anaheim, CA 92803-3730 |
| 14642972 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 25 2022 23:39:00 | Berks Credit and Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14642974 | + | Email/Text: bankruptcy@jdbyrider.com | Aug 25 2022 23:39:00 | CNAC, 12802 Hamilton Crossing Blvd., Carmel, IN 46032-5424 |
| 14642975 | + | Email/Text: bankruptcy@credencerm.com | Aug 25 2022 23:39:00 | Credence Resource Management, PO Box 2300, Southgate, MI 48195-4300 |
| 14642976 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2022 23:43:42 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14642977 | + | Email/Text: bknotice@ercbpo.com | Aug 25 2022 23:39:00 | Enhanced Recovery Corp., PO Boc 57547, Jacksonville, FL 32241-7547 |
| 14642979 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2022 23:39:00 | Jefferson Capital Systems, 16 McLeland Road, |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Saint Cloud, MN 56303 |
| 14642981 | ^ | MEBN | Aug 25 2022 23:38:09 | KML Law Group, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14642980 | + | Email/Text: BKRMailOPS@weltman.com | Aug 25 2022 23:38:00 | Kay Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| 14642982 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2022 23:39:00 | Midland Credit Mgmt. Inc., 2365 Northside Dr. 300, San Diego, CA 92108-2710 |
| 14708129 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2022 23:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14714549 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 23:43:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14643356 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 25 2022 23:43:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14658077 | | Email/Text: signed.order@pfwattorneys.com | Aug 25 2022 23:38:00 | New Century Financial Services, Inc., c/o Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 14680256 | + | Email/Text: ebnpeoples@grblaw.com | Aug 25 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14642987 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:41 | SYNCB/Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 14642989 | ^ | MEBN | Aug 25 2022 23:37:49 | UPMC Health Services, UPMC East, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14714504 | ^ | MEBN | Aug 25 2022 23:37:59 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14675073 | | Email/PDF: ebn_ais@aisinfo.com | Aug 25 2022 23:43:53 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14642990 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 25 2022 23:38:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERV |
| cr | | Carrington Mortgage Services, LLC as servicer for |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14671987 | * | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2022          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:

**Name** **Email Address**

Amy L. Zema
on behalf of Debtor Ronald Minnich amy@zemalawoffice.com

Amy L. Zema
on behalf of Joint Debtor Carrie A. Minnich amy@zemalawoffice.com

Brian Nicholas
on behalf of Creditor BANK OF AMERICA  N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Carrington Mortgage Services  LLC as servicer for BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas I. Puleo
on behalf of Creditor BANK OF AMERICA  N.A. tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com

TOTAL: 9