**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RONALD MINNICH<br>CARRIE A. MINNICH<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:17-22432<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


August 24, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/13/2017 and confirmed on 8/4/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 55,043.21 |
| Less Refunds to Debtor | 735.42 | |
| TOTAL AMOUNT OF PLAN FUND | | 54,307.79 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,250.00 | |
|   Trustee Fee | 2,495.09 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,745.09 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF AMERICA NA** | 0.00 | 24,224.88 | 0.00 | 24,224.88 |
|     Acct: 9505 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9505 | | | | |
|   BANK OF AMERICA NA** | 5,595.10 | 5,595.10 | 0.00 | 5,595.10 |
|     Acct: 9505 | | | | |
|   BYRIDER FINANCE LLC  D/B/A CNAC | 14,997.40 | 14,997.40 | 1,514.07 | 16,511.47 |
|     Acct: 7487 | | | | |
| | | | | 46,331.45 |
| **Priority** | | | | |
|   AMY L ZEMA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD MINNICH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD MINNICH | 735.42 | 735.42 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMY L ZEMA ESQ | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMY L ZEMA ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CITY OF LATROBE SANITATION | 481.80 | 481.80 | 0.00 | 481.80 |
|     Acct: 2947 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9505 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX-CMB | | | | |
| | | | | 791.80 |
| **Unsecured** | | | | |
|   BERKS CREDIT & COLLECTIONS INC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6035 | | | | |
|   AT & T MOBILITY II LLC | 891.56 | 69.71 | 0.00 | 69.71 |
|     Acct: 7174 | | | | |
|   NEW CENTURY FINANCIAL SERVICES INC | 40.69 | 3.18 | 0.00 | 3.18 |

17-22432                                                                                                    Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 7917 | | | | |
|   ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8500 | | | | |
|   EXCELLA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3846 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8500 | | | | |
|   KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8500 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8500 | | | | |
|   NORTHWEST BANK S/B/M NORTHWEST ( | 1,850.74 | 144.71 | 0.00 | 144.71 |
|     Acct: 4551 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 650.98 | 50.90 | 0.00 | 50.90 |
|     Acct: 4547 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8500 | | | | |
|   SOUTHERN CA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0359 | | | | |
|   SOUTHERN CA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2081 | | | | |
|   MIDLAND FUNDING LLC | 244.09 | 19.09 | 0.00 | 19.09 |
|     Acct: 9093 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 494.00 | 38.63 | 0.00 | 38.63 |
|     Acct: 7638 | | | | |
|   UPMC PHYSICIAN SERVICES | 279.07 | 21.82 | 0.00 | 21.82 |
|     Acct: 8500 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LP | 1,169.12 | 91.41 | 0.00 | 91.41 |
|     Acct: 0001 | | | | |
|   WESTMORELAND EM MED SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0050 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9093 | | | | |
|   LIEPOLD HARRISON & ASSOCIATES PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 439.45 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 47,562.70 |

TOTAL CLAIMED
  PRIORITY             791.80
  SECURED           20,592.50
  UNSECURED         5,620.25

Date: 08/24/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RONALD MINNICH
CARRIE A. MINNICH
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-22432

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ronald Minnich  
Carrie A. Minnich  
    Debtors

Case No. 17-22432-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Aug 25, 2022      Form ID: pdf900      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Minnich, Carrie A. Minnich, 126 Irving Avenue, Latrobe, PA 15650-2934 |
| 14642973 | + | City of Latrobe, PO box 829, Latrobe, PA 15650-0829 |
| 14642978 | + | Excella Health, 134 Industrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |
| 14642981 | + | KML Law Group, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14642983 | + | Northwest Consumer Discount Company, 5927 Ropute 981, Stuite 3, PO box 983, Latrobe, PA 15650-0983 |
| 14642984 | + | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14642985 | | Portfolio Recovery Associates, 120 Corporate Blvd., Cumberland, MD 21502 |
| 14642986 | + | Southern CR Adjusters, 2420 Professional, Rocky Mount, NC 27804-2253 |
| 14642988 | + | SynchbToysrus, PO box 965036, Orlando, FL 32896-5036 |
| 14642991 | + | Westmoreland EM Med Spec., PO Box 1348, Indiana, PA 15701-5348 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 25 2022 23:38:00 | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| 14715946 | + | Email/Text: g20956@att.com | Aug 25 2022 23:39:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14642971 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 25 2022 23:38:00 | Bank of America, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 14642970 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 25 2022 23:38:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14898777 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 25 2022 23:38:00 | Bank of America, N.A., C/O Carrington Mortgage Services, LLC, PO BOX 3730, Anaheim, CA 92803-3730 |
| 14642972 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 25 2022 23:39:00 | Berks Credit and Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14642974 | + | Email/Text: bankruptcy@jdbyrider.com | Aug 25 2022 23:39:00 | CNAC, 12802 Hamilton Crossing Blvd., Carmel, IN 46032-5424 |
| 14642975 | + | Email/Text: bankruptcy@credencerm.com | Aug 25 2022 23:39:00 | Credence Resource Management, PO Box 2300, Southgate, MI 48195-4300 |
| 14642976 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 25 2022 23:43:33 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14642977 | + | Email/Text: bknotice@ercbpo.com | Aug 25 2022 23:39:00 | Enhanced Recovery Corp., PO Boc 57547, Jacksonville, FL 32241-7547 |
| 14642979 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2022 23:39:00 | Jefferson Capital Systems, 16 McLeland Road, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | Saint Cloud, MN 56303 |
| 14642981 | ^ MEBN | Aug 25 2022 23:38:10 | KML Law Group, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14642980 | + Email/Text: BKRMailOPS@weltman.com | Aug 25 2022 23:38:00 | Kay Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| 14642982 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2022 23:39:00 | Midland Credit Mgmt. Inc., 2365 Northside Dr. 300, San Diego, CA 92108-2710 |
| 14708129 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2022 23:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14714549 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 23:43:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14643356 | + Email/PDF: rmscedi@recoverycorp.com | Aug 25 2022 23:43:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14658077 | Email/Text: signed.order@pfwattorneys.com | Aug 25 2022 23:38:00 | New Century Financial Services, Inc., c/o Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 14680256 | + Email/Text: ebnpeoples@grblaw.com | Aug 25 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14642987 | + Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:51 | SYNCB/Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 14642989 | ^ MEBN | Aug 25 2022 23:37:50 | UPMC Health Services, UPMC East, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14714504 | ^ MEBN | Aug 25 2022 23:37:59 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14675073 | Email/PDF: ebn_ais@aisinfo.com | Aug 25 2022 23:43:42 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14642990 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 25 2022 23:38:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERV |
| cr | | Carrington Mortgage Services, LLC as servicer for |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14671987 | * | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: pdf900 | Total Noticed: 33 |

Date: Aug 27, 2022  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:

**Name** **Email Address**

Amy L. Zema
on behalf of Debtor Ronald Minnich amy@zemalawoffice.com

Amy L. Zema
on behalf of Joint Debtor Carrie A. Minnich amy@zemalawoffice.com

Brian Nicholas
on behalf of Creditor BANK OF AMERICA N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Carrington Mortgage Services LLC as servicer for BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas I. Puleo
on behalf of Creditor BANK OF AMERICA N.A. tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com

TOTAL: 9