**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ronald Minnich<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–3846<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Carrie A. Minnich<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–8500<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:  17–22432–CMB

## Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ronald Minnich

Carrie A. Minnich
aka Carrie A. Smith

10/12/22

**By the court:** Carlota M. Bohm
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ronald Minnich  
Carrie A. Minnich  
    Debtors

Case No. 17-22432-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Oct 12, 2022      Form ID: 3180W      Total Noticed: 36

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ronald Minnich, Carrie A. Minnich, 126 Irving Avenue, Latrobe, PA 15650-2934 |
| 14642973 | + | City of Latrobe, PO box 829, Latrobe, PA 15650-0829 |
| 14642978 | + | Excella Health, 134 Industrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |
| 14642983 | + | Northwest Consumer Discount Company, 5927 Ropute 981, Stuite 3, PO box 983, Latrobe, PA 15650-0983 |
| 14642984 | + | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 14642985 | | Portfolio Recovery Associates, 120 Corporate Blvd., Cumberland, MD 21502 |
| 14642986 | + | Southern CR Adjusters, 2420 Professional, Rocky Mount, NC 27804-2253 |
| 14642988 | + | SynchbToysrus, PO box 965036, Orlando, FL 32896-5036 |
| 14642991 | + | Westmoreland EM Med Spec., PO Box 1348, Indiana, PA 15701-5348 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 13 2022 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2022 00:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 13 2022 04:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2022 00:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: BANKAMER.COM | Oct 13 2022 04:53:00 | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| 14715946 | + | EDI: CINGMIDLAND.COM | Oct 13 2022 04:53:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14642971 | + | EDI: BANKAMER.COM | Oct 13 2022 04:53:00 | Bank of America, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 14642970 | + | EDI: BANKAMER.COM | Oct 13 2022 04:53:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14898777 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 13 2022 00:55:00 | Bank of America, N.A., C/O Carrington Mortgage Services, LLC, PO BOX 3730, Anaheim, CA 92803-3730 |
| 14642972 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | | |

Case 17-22432-CMB    Doc 102    Filed 10/14/22    Entered 10/15/22 00:31:42    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 13 2022 00:56:00 | Berks Credit and Collection, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14642974 | + | Email/Text: bankruptcy@jdbyrider.com | Oct 13 2022 00:56:00 | CNAC, 12802 Hamilton Crossing Blvd., Carmel, IN 46032-5424 |
| 15517265 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 13 2022 00:55:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Rd., Anaheim, CA 92806-5948 |
| 14642975 | + | Email/Text: bankruptcy@credencerm.com | Oct 13 2022 00:56:00 | Credence Resource Management, PO Box 2300, Southgate, MI 48195-4300 |
| 14642976 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2022 00:58:27 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14642977 | + | Email/Text: bknotice@ercbpo.com | Oct 13 2022 00:56:00 | Enhanced Recovery Corp., PO Boc 57547, Jacksonville, FL 32241-7547 |
| 14642979 | | EDI: JEFFERSONCAP.COM | Oct 13 2022 04:53:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14642981 | ^ | MEBN | Oct 13 2022 00:54:04 | KML Law Group, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14642980 | + | Email/Text: BKRMailOPS@weltman.com | Oct 13 2022 00:56:00 | Kay Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| 14642982 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2022 00:56:00 | Midland Credit Mgmt. Inc., 2365 Northside Dr. 300, San Diego, CA 92108-2710 |
| 14708129 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2022 00:56:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14714549 | | EDI: PRA.COM | Oct 13 2022 04:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14643356 | + | EDI: RECOVERYCORP.COM | Oct 13 2022 04:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14658077 | | Email/Text: signed.order@pfwattorneys.com | Oct 13 2022 00:56:00 | New Century Financial Services, Inc., c/o Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 14680256 | + | Email/Text: ebnpeoples@grblaw.com | Oct 13 2022 00:56:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14642987 | + | EDI: RMSC.COM | Oct 13 2022 04:53:00 | SYNCB/Walmart, PO Box 965036, Orlando, FL 32896-5036 |
| 14642989 | ^ | MEBN | Oct 13 2022 00:53:08 | UPMC Health Services, UPMC East, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14714504 | ^ | MEBN | Oct 13 2022 00:53:36 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14675073 | | EDI: AIS.COM | Oct 13 2022 04:53:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14642990 | + | EDI: VERIZONCOMB.COM | Oct 13 2022 04:53:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | BANK OF AMERICA, N.A. C/O CARRINGTON MORTGAGE SERV |
| cr | | Carrington Mortgage Services, LLC as servicer for |
| cr | *+ | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

| | | |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14671987 | * | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Ronald Minnich amy@zemalawoffice.com |
| Amy L. Zema | on behalf of Joint Debtor Carrie A. Minnich amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. C/O CARRINGTON MORTGAGE SERVICES, LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Carrington Mortgage Services LLC as servicer for BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas I. Puleo | on behalf of Creditor BANK OF AMERICA N.A. tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com |

TOTAL: 9