**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| RONALD MINNICH<br>CARRIE A. MINNICH<br>　　　　Debtor(s) | Case No.:17-22432 CMB |
| Ronda J. Winnecour<br>　　　　Movant<br>　　vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/13/2017 and confirmed on 08/04/2017 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 55,465.98 |
| Less Refunds to Debtor | 1,158.19 | |
| TOTAL AMOUNT OF PLAN FUND | | 54,307.79 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,250.00 | |
|   Trustee Fee | 2,495.09 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,745.09 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF AMERICA NA**<br>  Acct: 9505 | 0.00 | 24,224.88 | 0.00 | 24,224.88 |
| BANK OF AMERICA NA**<br>  Acct: 9505 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF AMERICA NA**<br>  Acct: 9505 | 5,595.10 | 5,595.10 | 0.00 | 5,595.10 |
| BYRIDER FINANCE LLC  D/B/A CNAC<br>  Acct: 7487 | 14,997.40 | 14,997.40 | 1,514.07 | 16,511.47 |
| | | | | 46,331.45 |
| **Priority** | | | | |
| AMY L ZEMA ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RONALD MINNICH<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RONALD MINNICH<br>  Acct: | 735.42 | 735.42 | 0.00 | 0.00 |
| RONALD MINNICH<br>  Acct: | 422.77 | 422.77 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| AMY L ZEMA ESQ | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMY L ZEMA ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITY OF LATROBE SANITATION | 481.80 | 481.80 | 0.00 | 481.80 |
| Acct: 2947 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9505 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-CMB | | | | |
| | | | | 791.80 |
| **Unsecured** | | | | |
| BERKS CREDIT & COLLECTIONS INC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6035 | | | | |
| AT & T MOBILITY II LLC | 891.56 | 69.71 | 0.00 | 69.71 |
| Acct: 7174 | | | | |
| NEW CENTURY FINANCIAL SERVICES INC | 40.69 | 3.18 | 0.00 | 3.18 |
| Acct: 7917 | | | | |
| ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8500 | | | | |
| EXCELLA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3846 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8500 | | | | |
| KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8500 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8500 | | | | |
| NORTHWEST BANK S/B/M NORTHWEST ( | 1,850.74 | 144.71 | 0.00 | 144.71 |
| Acct: 4551 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 650.98 | 50.90 | 0.00 | 50.90 |
| Acct: 4547 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8500 | | | | |
| SOUTHERN CA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0359 | | | | |
| SOUTHERN CA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2081 | | | | |
| MIDLAND FUNDING LLC | 244.09 | 19.09 | 0.00 | 19.09 |
| Acct: 9093 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 494.00 | 38.63 | 0.00 | 38.63 |
| Acct: 7638 | | | | |
| UPMC PHYSICIAN SERVICES | 279.07 | 21.82 | 0.00 | 21.82 |
| Acct: 8500 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 1,169.12 | 91.41 | 0.00 | 91.41 |
| Acct: 0001 | | | | |
| WESTMORELAND EM MED SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0050 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9093 | | | | |
| LIEPOLD HARRISON & ASSOCIATES PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 439.45 |

TOTAL PAID TO CREDITORS                                                                                   47,562.70

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 791.80 |
| SECURED | 20,592.50 |
| UNSECURED | 5,620.25 |

Date: 04/13/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com